# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felipe Dionicio CRUZ BAUTISTA,<br><br>                                    Petitioner,<br><br>v.<br><br>Kristi NOEM, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-0943-AGS-JLB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 6, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**, and all hearings and pending deadlines are vacated.

Respondents must provide petitioner with a bond hearing before an immigration judge by **March 5, 2026**.

Dated:  February 19, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0943-AGS-JLB