

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Felipe Dionicio Cruz Bautista

Civil Action No. 26-cv-00943-AGS-JLB

**Petitioner**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 6, at 2.) The Court agrees. Accordingly, the habeas petition is GRANTED, and all hearings and pending deadlines are vacated. The case is hereby closed.

Date:  2/19/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Fujita

M. Fujita, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-00943-AGS-JLB</u>

Respondents:

Kristi Noem
in her official capacity as Secretary of
Homeland Security

Christopher J. Larose
in his official capacity as Warden of Otay
Mesa Detention Center

Gregory J. Archambeault
in his official capacity as San Diego Field
Office Director, ICE Enforcement Removal
Operations

Todd Lyons
in his official capacity as Acting Director of
ICE

Pamela Bondi
U.S. Attorney General

Immigration and Customs Enforcement

Department of Homeland Security